MICHAEL J. HEYMAN
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:26-cr-00008-ACP-MMS |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) THEFT OF GOVERNMENT |
| v. | ) PROPERTY |
| | )     Vio. of 18 U.S.C. § 641 |
| MITCHELL T. KEPLINGER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**INFORMATION**

The United States Attorney charges:

COUNT 1

Beginning at a time unknown, but between on or about March 28, 2024, and April 12, 2024, within the District of Alaska, the defendant, MITCHELL T. KEPLINGER, willfully and knowingly stole and converted to his own use, Alaska yellow cedar trees, a value exceeding $1,000, of the property of the United States.

All of which is in violation of Title 18 United States Code § 641.

RESPECTFULLY submitted on April 13, 2026, at Juneau, Alaska.

MICHAEL J. HEYMAN
United States Attorney

*s/ Jack S. Schmidt*
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

U.S. v. Keplinger                    2